David A. Mazie, Esq. (Attorney ID: 017941986)
Adam M. Epstein, Esq. (Attorney ID: 027482010)
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LATIFAH DAVIS, Individually and as Administratrix of the Estate of LEGEND JONES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ATLANTICARE PHYSICIANS GROUP OBSTETRICS AND GYNECOLOGY; ATLANTICARE REGIONAL MEDICAL CENTER; JOHN DOES 1-10; ABC ENTITIES 1-10,<br><br>Defendants. | Civil No.: 1:21-cv-13262-JHR-AMD<br><br>Civil Action<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiff, Latifah Davis, Individually and
as Administratrix of the Estate of Legend Jones

By: _____  7/8/21
       Adam M. Epstein, Esq.        Dated

**FOX ROTHSCHILD LLP**
Attorneys for Defendant, AtlantiCare Regional Medical Center and AtlantiCare Physicians Group OB/GYN

By:_____
    Eric M. Wood, Esq.    Dated


**RACHEL A. HONIG**
**Acting United States Attorney**
Attorneys for United States

By: /s/ John F. Basiak Jr._____
    John F. Basiak, Jr.    Dated: July 8, 2021
    Assistant U.S. Attorney